opinion filed June 4, 1948; released for publication June 25, 1948. Warner & Warner, for appellant; Henry C. Warner and George F. Nichols, of counsel; Dixon, Devine, Bracken & Ryan, for appellee; Robert L. Bracken and J. C. Ryan, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.

Chicago-Rockford Motor Express, Inc., Appellant, v. Bruno Cagnoni and Alfred Cagnoni, Trading as Over-Nite Motor Service, Appellees.

Bruno Cagnoni and Alfred Cagnoni, Trading as Over-Nite Motor Service, Appellees, v. Chicago-Rockford Motor Express, Inc., Appellant.

Gen. No. 10,203.

opinion filed June 4, 1948; released for publication June 25, 1948. Stanton E. Hyer, for appellant; Edward S. Foltz, Jr. and John H. Page, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full.